```
 1  LELAND LAW CORP.
    7200 Greenleaf Avenue, Suite 170A
 2  Whittier, CA 90602
 3  Telephone: (562) 904-6955
    Facsimile:  (562) 632-1301
 4  MOSELLE C. LELAND BOHORQUEZ [CSBN: 268272]
 5  E-mail: tracey@disabilitylawfirm.com
          Attorneys for Plaintiff
 6  E. MARTIN ESTRADA
 7  United States Attorney
    DAVID M. HARRIS
 8  Assistant United States Attorney
    Chief, Civil Division
 9
    CEDINA M. KIM
10  Assistant United States Attorney
11  Senior Trial Attorney, Civil Division
12  ARMAND D. ROTH [CSBN:  214624]
    Special Assistant United States Attorney
13  Social Security Administration
14  160 Spear Street, Suite 800
15  San Francisco, California 94105
    Tel: (510) 970-4852
16  Fax: (415) 744-0134
17  E-mail: armand.roth@ssa.gov
          Attorneys for Defendant
18
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KEVIN CHRISTOPHER LIVAS, | ) Case No. 2:22-cv-02766-DFM |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER AWARDING |
| v. | ) EQUAL ACCESS TO JUSTICE |
| KILOLO KIJAKAZI, Acting | ) ACT ATTORNEY FEES |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of EIGHT THOUSAND FIVE HUNDRED [$8,500.00], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: June 8, 2023

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE